**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Nicholas R. PERRELLA, Respondent.**

**No. 824 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 30, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of March, 2004, on certification by the Disciplinary Board that the respondent, NICHOLAS R. PERRELLA, who was suspended by Order of this Court dated June 11, 2003, for a period of three months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa. R.D.E., and there being no other outstanding order of suspension or disbarment, NICHOLAS R. PERRELLA shall hereby resume inactive status, retroactive to May 24, 1996.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**John Gary LAWLOR, Respondent.**

**No. 907 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 30, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of March, 2004, there having been filed with this Court by John Gary Lawlor his verified Statement of Resignation dated January 30, 2004, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of John Gary Lawlor be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.